# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

December 10, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-61277             Dennis & Gloria Levac

To Whom It May Concern:

 Enclosed please find check **#922101** in the amount of **$35.03**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 18 |
| Account# | |
| Creditor | Griffith Energy<br>760 Brooks Avenue<br>Rochester, NY 14619 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

RECEIVED
DEC 17 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

FILED
DEC 17 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

2010 DEC 17 AM 10:35  CLERK OF BANKRUPTCY COURT   RECEIVED

```
              UNITED STATES
              BANKRUPTCY COURT
            NORTHERN DISTRICT OF NEW YORK
                  UTICA DIVISION

            # 61100089  -  DT

            December 17, 2010
                10:44:23


                TREA REG
                07-61277
     Debtor.: DENNIS J LEVAC
     Trustee: Andrea Celli
     Amount.:                    $35.03 CH
     Check#.: 922101




          Total->   $35.03



     FROM: ANDREA CELLI
           7 SOUTHWOODS BOULEVARD
           ALBANY, NY 12212
```