# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

December 10, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:    07-61277            Dennis & Gloria Levac

To Whom It May Concern:

Enclosed please find check #**922100** in the amount of **$2,618.69**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        3

Account#

Creditor        Michael Kiken, MD
84445 Rushing Creet Court
Springfield, VA 22153

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

FILED
DEC 17 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

# 61100088 — DT

December 17, 2010
10:42:37

TREA REG
07-61277

Debtor.: DENNIS J LEVAC
Trustee: Andrea Celli
Amount.:                      $2,618.69 CH
Check#.: 922100


Total—>   $2,618.69


FROM: ANDREA CELLI
      7 SOUTHWOODS BOULEVARD
      ALBANY, NY 12212